IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00682-REB-BNB

UNIVERSAL SPECIAL AUTO FINANCE COMPANY, LLC, a Colorado limited liability company,

    Plaintiff,

v.

AMERICAN INTERNATIONAL SPECIALTY LINES COMPANY,

    Defendant.

## **ORDER** OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion For Dismissal With Prejudice** [#22] filed July 29, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal With Prejudice** [#22] filed July 29, 2010, is **GRANTED**;

2. That the Trial Preparation Conference set for March 18, 2011, is **VACATED**;

3. That the jury trial set to commence April 4, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 30, 2010, at Denver, Colorado.

                                                **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge